# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

**ROBERT CHENAULT,**

      Plaintiff,

                                                **CASE NO.     3:11-cv-049**

**-vs-**

                                                **District Judge Timothy S. Black**

**THE DAYTON VIEW ACADEMY**, *et al.*,

      Defendants.

_____

## JUDGMENT IN A CIVIL CASE
_____

      **[ ]   Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

      **[X]   Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

      **IT IS ORDERED AND ADJUDGED** that the Court **GRANTED** the Defendants' Motion for Summary Judgment (Doc. 17); and that the case be **CLOSED**.

Date:   November 15, 2011                           **JAMES BONINI, CLERK**

                                                 By: s/ M. Rogers
                                               Deputy Clerk