# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**ROBERT CHENAULT,**

    Plaintiff,

                                   **CASE NO.    3:11-cv-049**

**-vs-**

                                   **District Judge Timothy S. Black**

**THE DAYTON VIEW ACADEMY,** *et al.***,**

    Defendants.

---

## JUDGMENT IN A CIVIL CASE

---

**[ ] Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[X] Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the Court **GRANTED** the Defendants' Motion for Summary Judgment (Doc. 17); and that the case be **CLOSED**.

Date:   November 15, 2011                      **JAMES BONINI, CLERK**

                                                                  By: <u>s/ M. Rogers</u>
                                                                  Deputy Clerk